NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

14-335

STATE OF LOUISIANA

VERSUS

CHONQUARO GREEN

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 12K3734D
HONORABLE ALONZO HARRIS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*

**JOHN D. SAUNDERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Billy H. Ezell, and Phyllis M. Keaty, Judges.

**APPEAL DISMISSED.**

**Earl B. Taylor**
**District Attorney - 27th JDC**
**P. O. Drawer 1968**
**Opelousas, LA 70571**
**COUNSEL FOR APPELLEE:**
        **State of Louisiana**

**Brent A. Hawkins**
**Louisiana Appellate Project**
**P. O. Box 3752**
**Lake Charles, LA 70602**
**COUNSEL FOR APPELLANT:**
        **Chonquaro Green**

**Saunders, Judge**

The Defendant was charged by bill of indictment with count one, aggravated kidnapping, a violation of La.R.S. 14:44, district court docket number 12-K-3734-D, and count two, aggravated rape, a violation of La.R.S. 14:42, district court docket number 12-K-3670-C. The State moved to have the matters consolidated, and the request was granted by the trial court. The charges were consolidated into district court docket number 12-K-3670-C.

On July 25, 2013, the jury found the Defendant not guilty of aggravated kidnapping, count one. The jury returned a verdict of guilty to the lesser included offense of forcible rape, count two.

In March 2014, this court lodged the record from district court docket number 12-K-3734-D consolidated with 12-K-3670-C assigning it appellate docket number 14-335. On April 24, 2014, this court issued a rule to show cause why the appeal, 14-335, should not be dismissed because district court docket numbers 12-K-3670-C and 12-K-3734-D were consolidated into 12-K-3670-C. Additionally, the Defendant was acquitted of the charge of aggravated kidnapping, originally assigned district court docket number 12-K-3734-D. No response was received by Defendant.

Accordingly, we hereby dismiss Defendant's appeal.

**APPEAL DISMISSED.**